119 A.3d 752

**STATE of Maryland**

v.

**Thomas ROYAL.**

**No. 93, Sept. Term, 2014.**

Court of Appeals of Maryland.

Aug. 4, 2015.

Mary Ann Ince, Asst. Atty. Gen. (Douglas F. Gansler, Atty. Gen. of Maryland, Baltimore, MD), for Petitioner.

Paresh S. Patel, Appellate Attorney (James Wyda, Federal Public Defender of Maryland, Greenbelt, MD), for Respondent.

278

Submitted before: BARBERA, C.J., BATTAGLIA, GREENE, ADKINS, McDONALD and WATTS, JJ.

PER CURIAM ORDER.

The Court having considered and granted the petition for a writ of certiorari in the above entitled case, it is this 4th day of August, 2015

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated, and the case is remanded to that Court for further consideration in light of *State v. Smith*, 443 Md. 572, 117 A.3d 1093 (2015). Costs in this Court to be paid by the Respondent and costs in the Court of Special Appeals to abide the result.